THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROGER C. DALES, Appellant.

Submitted April 18, 1955; decided April 21, 1955.

*Joseph P. Leary* for motion.

No one opposed.

Motion granted and case set down for argument during the May, 1955, session of the Court of Appeals.